UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE BOURELL-MONTOYA, | No.  2:22-cv-01315-DAD-DMC |
| Plaintiff, | |
| v. | ORDER REMANDING ACTION TO THE BUTTE COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | (Doc. No. 17) |

On January 4, 2023, the parties stipulated to remand of this action to the Butte County Superior Court, where this action was originally filed.  (Doc. No. 17.)  Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Butte County Superior Court.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __January 5, 2023__                    _____
                                             UNITED STATES DISTRICT JUDGE

1